# EXHIBIT A

**Municipal Court Case Search (MCCS)**

NJCourts   Pay Ticket   MCCS

Welcome | Search

## Complaint Detail

[Back] [New Search]

| Case: | **S 2025 5303** | Court: | **0714** | Type: | **Complaint** | Defendant: | **THE GEO GROUP, INC.** | Status: | **Active** |

### Defendant Information
Name: **THE GEO GROUP, INC.**    Gender:    Eyes:

### Court Information
Court Date: **06/27/2025**    Court Time: **09:01 AM**    Court Room: **VIRT**

### Complaint Information
Complaint Number: **S 2025 5303**    Issue Date: **05/14/2025**    Offense Date: **03/31/2025**    Arrest Date:
Court: **0714 - NEWARK MUNICIPAL COURT**    Agency & Officer ID: **0736 6161**    Police Case No:
Mun. Of Offense: **0714**    Co-Def Count: **0**    Complaint Plea: **No Plea**
Complainant: **FILIPE CARVALHO**
Transferred To:    Transferred From:
Reason:
Status: **Active**    Time Payment:    Warrant:    Bail:
Last Action Date: **05/14/2025**

### Charge Information
NJAC 5:23-2.31B
Description: **COMPLIANCE**
Charge Status: **Invalid**    Degree: **X**

### Additional Information
Involved Persons

| Person/Officer | Type | Attorney ID | Agency Name |
|---|---|---|---|
| FILIPE CARVALHO | Officer | | |

[Back] [New Search]

Copyright © 2012 New Jersey Judiciary

02784
Newark Municipal Court
31 Green Street
Newark, NJ 07102



# Newark Municipal Court
(973) 733-6520
**Notice Date:** May 26, 2025

The Geo Group, Inc.
451-479 Doremus Ave
Newark, NJ 07105



## VIRTUAL HEARING CHANGE IN COURT DATE
### Defendant Copy

**New Court Date:** June 27, 2025 - 9:01 a.m.
**Virtual Court Hearing:** VIRT

**Need an interpreter?**
**Call (973) 733-6520**

**Virtual Meeting Platform:** ZOOM
**Meeting ID:** 4299623141

The Newark matter(s) listed below is scheduled for a virtual court hearing on 06/27/2025 at 9:01 a.m.

Refer to the information above to attend your virtual court hearing. If you want to receive the link to your virtual hearing, contact the court and provide your email address at least 7 days before your court date.

**Complaint Number(s)**
0714 S 2025 005303

**State of NJ vs. The Geo Group, Inc.**

By Order of Judge DION J. WILLIAMS



Interpreter

ADA
Americans with Disabilities Act

ENSURING AN OPEN DOOR TO JUSTICE


05/26/2025