**DAVIS WRIGHT TREMAINE LLP**
Geoffrey S. Brounell
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-8230
geoffreybrounell@dwt.com

*Attorneys for The GEO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | Case No. 2:25-cv-12007 |
| - against - | **CERTIFICATE OF SERVICE** |
| THE GEO GROUP, INC., | |
| Defendant. | |

I, Geoffrey S. Brounell, of full age, state:

I certify that on this date I caused to be filed with the Court and served upon the Essex County Prosecutor's Office, 50 W Market St #3, Newark, NJ 07102 via certified mail, regular U.S. mail and overnight FedEx, the following:

1. The State Notice of Filing of Removal;

2. The Federal Notice of Removal;

3. The Rule 7.1 Disclosure Statement; and

4. This certificate of service.

Dated: June 23, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Geoffrey S. Brounell*
    Geoffrey S. Brounell