**DAVIS WRIGHT TREMAINE LLP**
Geoffrey S. Brounell
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel:  (212) 489-8230
geoffreybrounell@dwt.com

*Attorneys for Defendant*
*The GEO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STATE OF NEW JERSEY, | | |
| Plaintiff, | : | No. 2:25-cv-12007-JKS-LDW |
| - against - | : | |
| THE GEO GROUP, INC., | : | |
| Defendant. | : | |

## <u>ANSWER</u>

Defendant The Geo Group, Inc. ("GEO"), by its undersigned counsel, answers

the claims brought against it by Plaintiff State of New Jersey ("Plaintiff") as follows:

To date, GEO has not been served with a copy of the underlying complaint

in this action.  Based on the public information identified by GEO related to the

complaint, it appears the claims related to a noncompliance charge based on New

Jersey Administrative Code 5:23-2.31B.  GEO denies this claim in its entirety.

In addition, and in accordance with FRCP 81(c)(2)(A), GEO reserves the right to file a responsive pleading and/or amend its answer, including the raising of various affirmative defenses, after it is served with a copy of the actual underlying complaint.

Dated:    June 27, 2025              Respectfully submitted,

                                     DAVIS WRIGHT TREMAINE LLP
                                     By: */s/ Geoffrey S. Brounell*
                                         Geoffrey S. Brounell