**DAVIS WRIGHT TREMAINE LLP**
Geoffrey S. Brounell
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-8230
geoffreybrounell@dwt.com

*Attorneys for Defendant*
*The GEO Group, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | |
| Plaintiff, | No. 2:25-cv-12007-JKS-LDW |
| - against - | **CERTIFICATE OF SERVICE** |
| THE GEO GROUP, INC., | |
| Defendant. | |

I, Geoffrey S. Brounell, of full age, state:

I certify that on this date I caused to be filed with the Court and served upon counsel for City of Newark Municipal Prosecutor's Office, 31 Green Street, Suite 313, Newark, NJ 07102 via certified mail, regular U.S. mail, and overnight FedEx, the following:

 1. The State Notice of Filing of Removal;

 2. The Federal Notice of Removal;

3. The Rule 7.1 Disclosure Statement;

4. GEO's Answer; and

5. This certificate of service.

Dated: June 27, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
By: */s/ Geoffrey S. Brounell*
    Geoffrey S. Brounell