## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------- X

STATE OF NEW JERSEY,

                     Plaintiff,

          - against -

THE GEO GROUP, INC.,

                  Defendant.

---------------------------------------------------------- :X

No. 2:25-cv-12007-JKS-LDW

**DECLARATION OF JOSEPH NEGRON, JR. IN SUPPORT OF THE MOTION FOR THE ADMISSION OF JOSEPH NEGRON, JR. *PRO HAC VICE***

I, Joseph Negron, Jr., declare under 28 U.S.C. § 1746 as follows:

1.     I am an attorney at law and the Senior Vice President, General Counsel at The GEO Group, Inc.

2.     I make this declaration on personal knowledge and in support of this application to make a special appearance and participate *pro hac vice* in this matter on behalf of Defendant The GEO Group, Inc. ("GEO") in the above-captioned matter.

3.     I respectfully submit that for the reasons that follow good cause exists to permit me to make a special appearance and participate *pro hac vice* in this matter.

4.     GEO has requested that I assist in their representation in this matter.

5.　Since October 21, 1986, I have been a member in good standing of The Florida Bar. The roll of the members of this bar is maintained at: 651 E. Jefferson St., Tallahassee, FL 32399.

6.　No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction. Likewise, I am not under suspension or disbarment by any court.

7.　If this application to make a special appearance *pro hac vice* is granted, I agree to:

a.　Contribute to the New Jersey Client Security Fund and Ethics Financial Committee such fees as required under Local Civil Rule 101.1 (c)(2), which directs that such contributions be made in accordance with New Jersey State Court Rules 1:20-1 (b) and 1:28-2;

b.　Abide by the Rules Governing this Court, including all disciplinary rules;

c.　Consent to the appointment of the Clerk of the United States District Court for the District of New Jersey as agent upon whom service of process may be made for all actions against me that may arise out of my participation in this matter;

d.　Notify the Court immediately of any matter affecting my standing at the Bar of any other court; and

e.    Have all pleadings, briefs and other papers filed with the Court signed by Geoffrey S. Brounell, or another attorney licensed to practice law in the District of New Jersey, as the attorney of record for Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 2, 2025                              Respectfully submitted,