# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STATE OF NEW JERSEY, | : | |
| Plaintiff, | : | No. 2:25-cv-12007-JKS-LDW |
| - against - | : | **[PROPOSED] ORDER GRANTING MOTION FOR THE ADMISSION OF JOSEPH NEGRON, JR.** *PRO HAC VICE* |
| THE GEO GROUP, INC., | : | |
| Defendant. | : | |

**THIS MATTER** having been brought before the Court by Davis Wright Tremaine LLP, on application for an Order permitting Joseph Negron, Jr. to make a special appearance *pro hac vice* in this matter on behalf of Defendant The GEO Group, Inc., and for good cause shown pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey.

**IT IS** on this _____ day of _____, 2025

**ORDERED** that Joseph Negron, Jr. of The GEO Group, Inc., 4955 Technology Way, Boca Raton, FL 33431 is permitted to make a special appearance *pro hac vice* as additional counsel for GEO in the above-captioned matter, pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with or submitted to the Court shall be signed by Geoffrey S. Brounell, or by such other

member of the bar of this Court who has or may appear as counsel of record for GEO, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all steps of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is

**FURTHER ORDERED** that Joseph Negron, Jr. shall pay the annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of its Order; and it is

**FURTHER ORDERED** that Joseph Negron, Jr. shall be within the disciplinary jurisdiction of this Court, and shall be bound by the Local Civil and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is

**FURTHER ORDERED** that Joseph Negron, Jr. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is

**FURTHER ORDERED** that a copy of this Order shall be forwarded by the Clerk to the Treasurer of the New Jersey Lawyers Fund for Client Protection.

_____